James J. Wallace II, Esq., State Bar No. 128627
Dean Keshavarz, Esq., State Bar No. 340770
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
501 West Broadway, Suite 1075
San Diego, California 92101-3546
Telephone (619) 719-4700 • Facsimile (619) 719-4384
Email: jwallace@ljdfa.com; dkeshavarz@ljdfa.com

Attorneys for Defendant
*COUNTY OF SAN DIEGO*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| ALBA MARROQUIN DE PORTILLO, individually and as successor in interest to her deceased son, Lester Daniel Marroquin,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, LA CRESHEIA LEE, SCOTT ROLLER, OMAR ORTEGA, IVA NANUSEVIC, MICHAEL CAMPOS, JOSEPH GIESEMAN, ADRIEN CARILLO, BENJAMIN NAZERIAN and DOES 9-20, inclusive,<br><br>Defendants. | Civil No.: 3:23-cv-0978-WQH-VET<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S ANSWER TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]**<br><br>TRIAL DATE: None Set<br>ACTION FILED: 05/26/23 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Defendant COUNTY OF SAN DIEGO ("Defendant") answers Plaintiff's Corrected First Amended Complaint [ECF 32] filed herein by admitting, denying and alleging as follows:

//

//

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

1    1.    Defendant lacks sufficient information and belief to admit or deny the
2  allegations contained in this paragraph, and on that basis denies each and every allegation
3  contained therein.

4    2.    Defendant admits that Lester Marroquin (hereinafter "Decedent") was
5  detained in the San Diego County Central Jail on May 30, 2021.  As to all other allegations
6  in this paragraph, Defendant lacks sufficient information and belief to admit or deny the
7  allegations contained in that paragraph, and on that basis denies each and every allegation
8  contained therein.

9    3.    Defendant lacks sufficient information and belief to admit or deny the
10  allegations contained in this paragraph, and on that basis denies each and every allegation
11  contained therein.

12    4.    Defendant denies the allegations contained therein.

13    5.    Defendant denies the allegations contained therein.

14    6.    Defendant admits that during a routine check, Decedent was found to be
15  unresponsive in his cell.  As to all other allegations in this paragraph, Defendant lacks
16  sufficient information and belief to admit or deny the allegations contained in this
17  paragraph, and on that basis denies each and every allegation contained therein.

18    7.    Defendant denies the allegations contained therein.

19    8.    Defendant denies the allegations contained therein.

20    9.    Defendant lacks sufficient information and belief to admit or deny the
21  allegations contained in this paragraph, and on that basis denies each and every allegation
22  contained therein.

23    10.    Defendant admits that Plaintiff purports to bring this suit under 42 USC §
24  1983.  Except as expressly admitted, Defendant denies each and every other allegation.

25    11.    Defendant admits that this Court's jurisdiction of this type of action arises
26  under 28 USC §§ 1331 and 1367.  Except as expressly admitted, Defendant denies each
27  and every other allegation.

28  //

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

12.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

13.     Defendant admits that venue is proper in this Court.  Except as expressly admitted, Defendant denies each and every other allegation.

14.     Defendant denies the allegations contained therein.

15.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

16.     Defendant admits that the County of San Diego is a public entity under the laws of the State of California and that the San Diego County's Sheriff's Department is a law enforcement agency and a Department within the County of San Diego.  Defendant admits that the San Diego Central Jail was on the day of the incident operated by the San Diego County Sheriff's Department.  Except as expressly admitted, Defendant denies each and every other allegation.

17.     Defendant admits that La Cresheia Lee was employed by the San Diego Sheriff's Department (hereinafter "Sherriff's Dept.").  As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

18.     Defendant admits that Scott Roller was employed by the Sheriff's Dept.  As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

19.     Defendant admits that Omar Ortega was employed by the Sheriff's Dept.  As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

20.    Defendant admits that Iva Nanusevic was employed by the Sheriff's Dept. As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

21.    Defendant admits that Michael Campos was employed by the Sheriff's Dept. As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

22.    Defendant admits that Joseph Gieseman was employed by the Sheriff's Dept. As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

23.    Defendant admits that Adrien Carrillo was employed by the Sheriff's Dept. As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

24.    Defendant admits that Benjamin Nazerian was employed by the Sheriff's Dept.  As to all other allegations in this paragraph, Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

25.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in this paragraph, and on that basis denies each and every allegation contained therein.

26.    Defendant admits that Lester Marroquin was detained in the San Diego County Central Jail during certain points in time between December 18, 2020, and May 30, 2021.  As to all other allegations in this paragraph Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

27.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

28.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

29.     Defendant denies the allegations contained therein.

30.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

31.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

32.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

33.     Defendant denies the allegations contained therein.

34.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

35.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

36.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

37.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

38.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

39.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

40.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

41.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

42.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

43.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

44.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

45.    Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

46.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

47.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

48.     Defendant admits that the Administrative Separation cell in which Lester Marroquin was placed on May 30, 2021, had a toilet and running water.  As to the additional allegations and inferences from them contained in this paragraph, Defendant denies them.  Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

49.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation.

50.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation.

51.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

52.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

53.   This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

54.   This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

55.   This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

56.   Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

57.   Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

58.   This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the extent a response is required, Defendant denies each and every allegation.

59.   This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions.  However, to the

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

extent a response is required, Defendant denies each and every allegation.

60.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

61.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

62.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

63.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

64.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

65.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

66.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

67.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

68.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

69.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

70.    Defendant denies the allegations contained therein.

71.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

72.    This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

73.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

74.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

75.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

76.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

77.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

78.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

79.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

80.     Defendant denies the allegations contained therein.

81.     Defendant denies the allegations contained therein.

82.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

83.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

84.     This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

85. This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

86. This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

87. Defendant denies the allegations contained therein.

88. This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant denies the allegations contained in that paragraph.

89. This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant denies the allegations contained in that paragraph.

90. Defendant denies the allegations contained therein.

91. This paragraph contains allegations that do not require a response as the paragraph contains statements of law, argument, and legal conclusions. As to those that do require a response, Defendant denies the allegations contained in that paragraph.

92. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

93. Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

94.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

95.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

96.     Defendant lacks sufficient information and belief to admit or deny the allegations contained in that paragraph, and on that basis denies each and every allegation contained therein.

## **FIRST CAUSE OF ACTION**

97.     Defendant incorporates, repeats, and re-alleges by reference its responses to paragraphs 1 through 97.

98.     This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

99.     This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

100.     This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

101.     This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

102.     This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

//

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

103.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

104.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

105.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

## **SECOND CAUSE OF ACTION**

106.   Defendant incorporates, repeats, and re-alleges by reference its responses to paragraphs 1 through 106.

107.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

108.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

109.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

110.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

111.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

112.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

113.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

114.   This Paragraph does not contain allegations against Defendant that requires a response.  However, to the extent a response is required, Defendant denies each and every allegation.

## THIRD CAUSE OF ACTION

115.   Defendant incorporates, repeats, and re-alleges by reference its responses to paragraphs 1 through 115.

116.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

117.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

118.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

119.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

120.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

//

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

121.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

122.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

123.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

124.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

125.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

## **FOURTH CAUSE OF ACTION**

126.   Defendant incorporates, repeats, and re-alleges by reference its responses to paragraphs 1 through 126.

127.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

128.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

129.   This Paragraph contains no new allegation against Defendant that requires a response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

130.   This Paragraph contains no new allegation against Defendant that requires a

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

response, as the Paragraph contains statement of law, argument, and legal conclusions. However, to the extent a response is required, Defendant denies each and every allegation.

**PRAYER FOR RELIEF**

131.   Plaintiff's Prayer for Relief contains no allegations against Defendant to which a response is required.  To the extent a response is required, Defendant denies each and every allegation contained herein.

**AFFIRMATIVE DEFENSES**

1

As a first, separate and distinct affirmative defense, Defendant alleges that the complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

2

As a second, separate and distinct affirmative defense, Defendant alleges that they are not liable in that the injuries and damages, if there were any, were caused by the acts or omissions of other persons, not officers or employees of Defendant County of San Diego.  Such superseding or intervening causes cut off the Defendant's liability, if any.

3

As a third, separate and distinct affirmative defense, Defendant alleges that Decedent and or Plaintiff acted unreasonably, carelessly and negligently in and about the matters alleged in the amended complaint in that Plaintiff and or Decedent did not exercise ordinary care, caution or prudence for his own safety and protection.  These acts of unreasonableness, carelessness and negligence were the proximate cause of the alleged injuries, losses and damages, if there were any.  However, if Defendant is found legally responsible to Plaintiff, then Defendant provisionally alleges that its acts or omissions were not the sole and proximate cause of decedent or Plaintiff's injuries and that the damages awarded are to be apportioned according to the respective fault and legal responsibility of all parties, persons and entities who contributed to or caused the injuries and damages, according to proof presented at the time of trial.

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

**4**

As a fourth, separate and distinct affirmative defense, Defendant alleges that on or before the date of the subject accident or incident, Plaintiff knew or reasonably should have known the hazards or dangers involved and, as a result, voluntarily assumed the risks in and about the matters alleged in the complaint.

**5**

As a fifth, separate and distinct affirmative defense, Defendant alleges that they are not subject to vicarious liability.

**6**

As a sixth, separate and distinct affirmative defense, Defendant alleges that Plaintiff has failed to comply with the applicable statute of limitations.

**7**

As a seventh, separate and distinct affirmative defense, Defendant alleges that each and every act or omission of Defendant was made in good faith and in the reasonable belief in the necessity or proprietary of such act or omission for the proper execution and enforcement of the law.

**8**

As an eighth, separate and distinct affirmative defense, Defendant alleged that they are not liable for alleged violations of civil or constitutional rights by non-policymakers.

**9**

As a ninth, separate and distinct affirmative defense, Defendant alleges that the section 1983 action against the County based on Sheriff law enforcement policies is precluded under *Venegas v. County of Los Angeles*, 32 Cal. 44th 820 (2004) holding that the Sheriff is a state actor.

**10**

As a tenth, separate and distinct affirmative defense, Defendant alleges that the action is barred by Plaintiff's failure to exhaust administrative remedies, including but not limited to, internal administrative procedures and/or statutory administrative procedures

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

and, therefore, this Court lacks jurisdiction over Plaintiff's claims.

11

As an eleventh, separate and distinct affirmative defense, Defendant alleges that Plaintiff failed, refused, and neglected to reasonably mitigate damages, which bars or diminishes any recovery.

12

As a twelfth, separate and distinct affirmative defense, Defendant alleges that pursuant to *Government Code* section 985, any judgment entered herein may be reduced for collateral source payments paid or obligated to be paid for services or benefits that were provided before trial commenced.

13

As a thirteenth, separate and distinct affirmative defense, as Defendant is not liable for punitive or exemplary damages by operation of section 818 of the Government Code and *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981).

14

As a fourteenth, separate and distinct affirmative defense, Defendant alleges that the Plaintiff's conduct was undertaken with unclean hands, and as such Plaintiff is estopped from pursuing claims in this action.

15

As a fifteenth, separate and distinct affirmative defense, Defendant alleges that the claims are barred by laches.

16

As a sixteenth separate and distinct affirmative defense, Defendant alleges that it is absolutely immune to liability for damages resulting from or arising out of prosecution.

17

As a seventeenth, separate and distinct affirmative defense, Defendant alleges that plaintiff has failed to sue and join the proper party.

//

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

18

As an eighteenth, separate and distinct affirmative defense, Defendant alleges that Plaintiff Alba Marroquin lacks standing to pursue claims she seeks to pursue in this action.

19

As a nineteenth, separate and distinct affirmative defense, Defendant County of San Diego alleges that they are not liable for common-law negligence and is only liable pursuant to statute by operation of section 815 of the Government Code.

20

As a twentieth, separate and distinct affirmative defense, Defendant alleges that they are not liable in that the injuries and damages, if there were any, were caused by the tortious acts or omissions of an independent contractor as defined in and pursuant to section 815.4 of the Government Code.

21

As a twenty-first, separate and distinct affirmative defense, Defendant alleges that they are not liable by operation of sections 815.2, subdivision (b), and 820.2 of the Government Code in that the injuries and damages, if there were any, resulted from exercise of discretion vested in public officers and employees.

22

As a twenty-second, separate and distinct affirmative defense, Defendant alleges that they are not liable by operation of sections 815.2, subdivision (b), and 820.4 of the Government Code for the execution or enforcement of the law by public officers or employees exercising due care.

23

As a twenty-third, separate and distinct affirmative defense, Defendant alleges that they are not liable by operation of section 820.6 of the Government Code for injury caused by acts, in good faith, under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable.

//

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

**24**

As a twenty-fourth, separate and distinct affirmative defense, Defendant alleges that they are not liable for injuries caused by any misrepresentation by officers or employees of the County of San Diego by operation of *Gov. Code* §§ 818.8 and 822.2.

**25**

As a twenty-fifth, separate and distinct affirmative defense, Defendant alleges that they are not liable by operation of sections 815.2, subdivision (b), and 821.6 of the Government Code in that the injuries and damages, if there were any, were caused by the institution or prosecution of a judicial or administrative proceeding.

**26**

As a twenty-sixth, separate and distinct affirmative defense, Defendant alleges that they are not liable for any injury caused by an alleged failure to furnish or obtain medical care for a prisoner, by operation of section 845.6 of the Government Code.

**27**

As a twenty-seventh, separate and distinct affirmative defense, Defendant County of San Diego alleges that they are not liable for any injury caused by or to any inpatient of a mental institution by operation of section 854.8 of the Government Code.

**28**

As a twenty-eighth, separate and distinct affirmative defense, Defendant alleges that they are not liable pursuant to *Government Code* section 855.6 for any alleged failure to make a physical examination or to make an adequate physical or mental examination for the purpose of determining whether such person has a disease or physical or mental condition.

**29**

As a twenty-ninth, separate and distinct affirmative defense, Defendant alleges that they are not liable pursuant to *Government Code* section 855.8 for the diagnosis and treatment of mental illness.

//

3:23-cv-0978-WQH-VET

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

30

As a thirtieth, separate and distinct affirmative defense, defendant alleges that they are not liable pursuant to *Government Code* section 856 for any determination as to confinement for mental illness, or for release from such confinement under this section and/or pursuant to *Welfare and Institutions* Code section 5154.

31

As a thirty-first, separate and distinct affirmative defense, defendant alleges that they are not liable pursuant to *Government Code* section 856.4 for injury resulting from any claimed failure to admit a person to a medical facility.

32

As a thirty-second, separate and distinct affirmative defense, Defendant County of San Diego alleges they are not liable for any injury caused by or to any prisoner by operation of section 844.6 of the Government Code.

33

As a thirty-third, separate and distinct affirmative defense, Defendant alleges that the action is barred by the failure of Plaintiff to timely comply with the administrative claim provisions of section 945.4 of the Government Code.

34

As a thirty-fourth, separate and distinct affirmative defense, Defendant alleges that the action is barred by the failure of Plaintiff to commence the action within the time required by section 945.6 of the Government Code.

35

As a thirty-fifth, separate and distinct affirmative defense, Defendant alleges that the action is barred by the statute of limitations (including but not limited to Section 335.1 of the Code of Civil Procedure).

36

As a thirty-sixth, separate and distinct affirmative defense, Defendant alleges that Plaintiff has already litigated all or some of the claims set forth in the Complaint, such that

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

those claims are barred by the doctrine(s) of res judicata and/or collateral estoppel.

37

As a thirty-seventh, separate and distinct affirmative defense, Defendant alleges that Plaintiff lacks the capacity to sue.

38

As a thirty-eighth, separate and distinct affirmative defense, Defendant alleges that in the event that Plaintiff should establish any liability on the part of this answering Defendant, which liability is expressly denied, this answering Defendant may be obligated to pay sums representing a percentage of fault not its own, but that of Plaintiff and/or Decedent, other parties to this action and/or third persons not parties to this action. This answering Defendant is entitled to adjudication and determination of the respective proportions or percentages of fault, if any, on this answering Defendant's part and on the part of the Plaintiff and/or Decedent and other parties to this action and third persons not parties to this action pursuant to the Doctrines of Comparative Negligence and the Fair Responsibility Act of 1986, codified in *C.C.P.* §§ 1431, 1431.1, 1431.2, 1431.4, 1431.5 and 1432.

39

As a thirty-ninth, separate and distinct affirmative defense, Defendant alleges that the damages sustained by Plaintiff, if any, were the result of an unavoidable accident insofar as Defendant is concerned which occurred without any negligence, want of care, default or other breach of duty to Plaintiff on the part of this answering Defendant.

40

As a fortieth, separate and distinct affirmative defense, Defendant alleges that Plaintiff has failed to state facts sufficient to constitute a cause of action or basis for recovery and Defendant is entitled to the protections and immunities contained in *Health and Safety Code* § 1799.100 et seq.

//

//

41

As a forty-first, separate and distinct affirmative defense, Defendant alleges that Plaintiff's action is barred by all applicable Government Code immunities, including but not limited to, *Gov. Code* §§ 815.6, 818.2, 818.6, 818.8, 820, 820.8, 821, 821.4, 821.6, 822.2, 844.6, 845, 845.6, 845.8(b) and 846.  Said sections are pleaded as though fully set forth herein.

42

As a forty-second, separate and distinct affirmative defense, Defendant alleges that the requisite policy, custom, or usage to establish governmental liability under 42 U.S.C. § 1983 may not be proven through reference to a single unconstitutional incident unless proof of that incident includes proof that it was caused by an existing unconstitutional policy.

43

As a forty-third, separate and distinct affirmative defense, Defendant alleges that at all times mentioned in the amended complaint, Decedent acted in a careless, reckless, wanton, and negligent manner in and about the matters set forth in the amended complaint; that such careless, reckless, and wanton and negligent conduct proximately contributed to the injuries and damages sustained or claimed by Plaintiffs; that as a consequence, Plaintiffs' claims are barred.

44

As a forty-fourth, separate and distinct affirmative defense, Defendant presently has insufficient knowledge or information upon which to form a belief as to whether or not they have additional, as yet unstated affirmative defenses available.  Defendant reserves the right to assert such affirmative defenses by this reservation in the event the discovery or clarification of Plaintiff's claims indicates that it would be appropriate.

//

//

//

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

WHEREFORE, said Defendant prays as follows:

1.      That the action be dismissed with prejudice.

2.      That Plaintiff takes nothing by her action.

3.      That Defendant recover its costs of suit incurred herein, including attorneys'

fees.

4.      For such other and further relief as the Court deems proper and just.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rules of Civil Procedure 38, Defendant demands a jury trial.


Dated:  May 29, 2024                    LA FOLLETTE, JOHNSON, DeHAAS, FESLER &
                                        AMES

                                By:  _____
                                        DEAN KESHAVARZ, ESQ.
                                        Attorneys for Defendant
                                        *COUNTY OF SAN DIEGO*

DEFENDANT COUNTY OF SAN DIEGO'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            ]
                               ]  ss.
COUNTY OF SAN DIEGO            ]

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 501 West Broadway, Suite 1075, San Diego, California 92101-3546.

I hereby certify that on May 29, 2024, I caused all of the pages of the foregoing documents described as **DEFENDANT COUNTY OF SAN DIEGO'S ANSWER TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT [ECF 32]** to be electronically filed with the United States District Court, SOUTHERN DISTRICT OF CALIFORNIA District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of Alba Marroquin de Portillo vs County of San Diego, Court Case No. 3:23-cv-0978-WQH-VET, Our Matter No. 01983.44350.

## SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the forgoing is true and correct.

Executed on May 29, 2024, at San Diego, California.

_____
DEAN KESHAVARZ

Alba Marroquin de Portillo vs County of San Diego
Our File No.:  01983.44350
Case No.:  3:23-cv-0978-WQH-VET

Trenton G. Lamere
LAMERE LEGAL
122 Mascoutah Avenue
Belleville, IL 62220
Phone: 618-539-2328
Email: trenton@lamerelegal.com

Brody A. McBride
BRODY MCBRIDE LAW, APC
2011 Palomar Airport Road, Suite 101
Carlsbad, CA 92011
Phone: 760-253-1231
Email: brody@brodymcbride.com

CERTIFICATE OF SERVICE