Brody A. McBride (CA SBN 270852)
2011 Palomar Airport Road, Suite 101
Carlsbad, CA 92011
(760) 253-1231
brody@brodymcbride.com

Trenton G. Lamere (CA SBN 272760)
Lamere Legal PLLC
200 East Randolph Street, Suite 5100
Chicago, Illinois 60601
(312) 235-3118
trenton@lamerelegal.com

Attorneys for Plaintiff Alba Marroquin de Portillo

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MARROQUIN DE PORTILLO, individually and as successor in interest to her deceased son, Lester Daniel Marroquin,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 23-cv-0978-WQH-VET<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alba Marroquin de Portillo, individually and as successor in interest to Lester Daniel Marroquin, and Defendants County of San Diego, Omar Ortega, Joseph Gieseman, Adrien Carrillo, Benjamin Nazerian, La Cresheia Lee, Bryce Roller, and Michael Campos jointly move for dismissal with prejudice of all claims and parties, with each party to bear their own attorneys' fees and costs.

Dated: July 22, 2025                                LAMERE LEGAL PLLC

                                                                By:     <u>s/Trenton G. Lamere</u>

                                                                Attorney for Plaintiff Ms. Marroquin

1

| | | |
|---|---|---|
| 1 | Dated: July 22, 2025 | LaFOLLETTE, JOHNSON, DeHAAS, FESLER, & AMES, APC |
| 2 | | |
| 3 | | By:   *s/James J. Wallace II* |
| 4 | | Attorneys for Defendants County of San Diego, Omar Ortega, Joseph Gieseman, Adrien Carrillo, Benjamin Nazerian |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: July 22, 2025 | DEAN GAZZO ROISTACHER LLP |
| 9 | | By:   *s/Kimberly A. Sullivan* |
| 10 | | Attorneys for Defendant La Cresheia Lee |
| 11 | | |
| 12 | Dated: July 22, 2025 | COLLINS & COLLINS LLP |
| 13 | | By:   *s/Rada Feldman* |
| 14 | | Attorneys for Defendants Bryce Roller and Michael Campos |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

Dated: July 22, 2025                                                   *s/Trenton G. Lamere*