UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA MARROQUIN DE PORTILLO, individually and as successor in interest to her deceased son, Lester Daniel Marroquin,<br><br>       Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; LA CRESHEIA LEE; IVA NANUSEVIC; MICHAEL CAMPOS; JOSEPH GIESEMAN; ADRIEN CARRILLO; BENJAMIN NAZERIAN; OMAR ORTEGA; BRYCE ROLLER; and DOES 9–20, inclusive,<br><br>       Defendants. | Case No.: 3:23-cv-0978-WQH-VET<br><br>**ORDER** |

HAYES, Judge:

  On July 22, 2025, the parties filed the Joint Motion to Dismiss Case with Prejudice (the "Joint Motion to Dismiss") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 125.)

IT IS HEREBY ORDERED that the Joint Motion to Dismiss (ECF No. 125) is granted. The entire action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

Dated: July 31, 2025

*(signature)*
Hon. William Q. Hayes
United States District Court